# U.S. District Court
# District of Delaware (Wilmington)
# CIVIL DOCKET FOR CASE #: 1:13−cv−01927−GMS

| | |
|---|---|
| TLI Communications LLC v. Photobucket.com Inc. | Date Filed: 11/18/2013 |
| Assigned to: Judge Gregory M. Sleet | Date Terminated: 06/25/2014 |
| Related Cases: 1:13−cv−01922−GMS | Jury Demand: Plaintiff |
| 1:13−cv−01924−GMS | Nature of Suit: 830 Patent |
| 1:13−cv−01926−GMS | Jurisdiction: Federal Question |
| 1:13−cv−01925−GMS | |
| 1:13−cv−01921−GMS | |
| 1:13−cv−01923−GMS | |
| 1:13−cv−01928−GMS | |
| 1:13−cv−01929−GMS | |
| 1:13−cv−01930−GMS | |
| 1:13−cv−01931−GMS | |
| 1:13−cv−01932−GMS | |
| 1:13−cv−01933−GMS | |
| 1:13−cv−01934−GMS | |
| 1:13−cv−01935−GMS | |
| 1:13−cv−01936−GMS | |

Cause: 35:271 Patent Infringement

**Plaintiff**

**TLI Communications LLC**     represented by   **Brian E. Farnan**
Farnan LLP
919 North Market Street
12th Floor
Wilmington, DE 19801
(302) 777−0300
Fax: (302) 777−0301
Email: bfarnan@farnanlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Farnan**
Farnan LLP
919 North Market Street
12th Floor
Wilmington, DE 19801
302−777−0338
Fax: 302−421−5870
Email: mfarnan@farnanlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Photobucket.com Inc.** | represented by | **Jack B. Blumenfeld** <br> Morris, Nichols, Arsht &Tunnell LLP <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658−9200 <br> Email: jbbefiling@mnat.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Benjamin N. Simler** <br> Email: bnsimler@hollandhart.com <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* <br><br> **Jane Michaels** <br> Email: jmichaels@hollandhart.com <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* <br><br> **Regina S.E. Murphy** <br> Morris, Nichols, Arsht &Tunnell LLP <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> 302−351−9355 <br> Email: rmurphy@mnat.com <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/18/2013 | Ï 1 | COMPLAINT FOR PATENT INFRINGEMENT filed with Jury Demand against Photobucket.com Inc. − Magistrate Consent Notice to Pltf. ( Filing fee $ 400, receipt number 0311−1409720.) − filed by TLI Communications LLC. (Attachments: # 1 Exhibit A, # 2 Civil Cover Sheet)(cla, ) (Entered: 11/19/2013) |
| 11/18/2013 | Ï 2 | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction. (cla, ) (Entered: 11/19/2013) |
| 11/18/2013 | Ï 3 | Report to the Commissioner of Patents and Trademarks for Patent/Trademark Number(s) 6,038,295;. (cla, ) (Entered: 11/19/2013) |
| 11/19/2013 | Ï | Summons Issued with Magistrate Consent Notice attached as to Photobucket.com Inc. on 11/19/2013. Requesting party or attorney should pick up issued summons at the Help Desk, Room 4209, or call 302−573−6170 and ask the Clerk to mail the summons to them. (cla, ) (Entered: 11/19/2013) |
| 11/19/2013 | Ï 4 | Disclosure Statement pursuant to Rule 7.1 filed by TLI Communications LLC. (Farnan, Brian) (Entered: 11/19/2013) |
| 11/20/2013 | Ï | Case Assigned to Judge Gregory M. Sleet. Please include the initials of the Judge (GMS) after the case number on all documents filed. Associated Cases: 1:13−cv−01921−GMS through 1:13−cv−01936−GMS (rjb) (Entered: 11/20/2013) |

| | | |
|---|---|---|
| 11/22/2013 | Ï 5 | SUMMONS Returned Executed by TLI Communications LLC. Photobucket.com Inc. served on 11/20/2013, answer due 12/11/2013. (Farnan, Brian) (Entered: 11/22/2013) |
| 12/11/2013 | Ï 6 | STIPULATION TO EXTEND TIME to Answer Complaint to January 10, 2014 – filed by TLI Communications LLC. (Farnan, Michael) (Entered: 12/11/2013) |
| 12/12/2013 | Ï | SO ORDERED, re 6 STIPULATION TO EXTEND TIME to Answer Complaint to January 10, 2014 filed by TLI Communications LLC, Set/Reset Answer Deadlines: Photobucket.com Inc. answer due 1/10/2014. Ordered by Chief Judge Gregory M. Sleet on 12/12/2013. (asw) (Entered: 12/12/2013) |
| 12/19/2013 | Ï 7 | STIPULATION TO EXTEND TIME for the defendant to move, answer, or otherwise respond to the Complaint to January 17, 2014 – filed by Photobucket.com Inc., TLI Communications LLC. (Blumenfeld, Jack) (Entered: 12/19/2013) |
| 12/19/2013 | Ï | SO ORDERED, re 7 STIPULATION TO EXTEND TIME for the defendant to move, answer, or otherwise respond to the Complaint to January 17, 2014 filed by TLI Communications LLC, Photobucket.com Inc., Set/Reset Answer Deadlines: Photobucket.com Inc. answer due 01/17/2014. Ordered by Chief Judge Gregory M. Sleet on 12/19/2013. (asw) (Entered: 12/19/2013) |
| 12/27/2013 | Ï 8 | MOTION for Pro Hac Vice Appearance of Attorney Jane Michaels – filed by Photobucket.com Inc.. (Blumenfeld, Jack) (Entered: 12/27/2013) |
| 12/30/2013 | Ï | SO ORDERED, re 8 MOTION for Pro Hac Vice Appearance of Attorney Jane Michaels filed by Photobucket.com Inc. Signed by Chief Judge Gregory M. Sleet on 12/30/2013. (asw) (Entered: 12/30/2013) |
| 01/02/2014 | Ï | Pro Hac Vice Attorney Jane Michaels for Photobucket.com Inc. added for electronic noticing. (dmp, ) (Entered: 01/02/2014) |
| 01/17/2014 | Ï 9 | MOTION for Joinder *In Google Inc.'s Motion to Dismiss* – filed by Photobucket.com Inc.. (Blumenfeld, Jack) (Entered: 01/17/2014) |
| 01/17/2014 | Ï 10 | Disclosure Statement pursuant to Rule 7.1: identifying Corporate Parent Photobucket Corporation, Other Affiliate News Corporation for Photobucket.com Inc. filed by Photobucket.com Inc.. (Blumenfeld, Jack) (Entered: 01/17/2014) |
| 01/31/2014 | Ï 11 | STIPULATION TO EXTEND TIME to EXTEND the deadline for Plaintiff to submit its response to Defendants' Motion to Dismiss and for Defendants' to submit their replies in support of the Motion to 2/10/2014 and 2/27/2014 respectively – filed by TLI Communications LLC. (Farnan, Michael) (Entered: 01/31/2014) |
| 02/07/2014 | Ï | SO ORDERED, re (10 in 1:13–cv–01923–GMS, 10 in 1:13–cv–01935–GMS, 11 in 1:13–cv–01921–GMS, 9 in 1:13–cv–01936–GMS, 11 in 1:13–cv–01924–GMS, 9 in 1:13–cv–01922–GMS, 11 in 1:13–cv–01927–GMS, 10 in 1:13–cv–01931–GMS, 9 in 1:13–cv–01932–GMS, 9 in 1:13–cv–01934–GMS, 10 in 1:13–cv–01933–GMS, 10 in 1:13–cv–01930–GMS, 9 in 1:13–cv–01929–GMS, 9 in 1:13–cv–01928–GMS, 8 in 1:13–cv–01926–GMS, 11 in 1:13–cv–01925–GMS) STIPULATION TO EXTEND TIME to EXTEND the deadline for Plaintiff to submit its response to Defendants' Motion to Dismiss and for Defendants' to submit their replies in support of the Motion to 2/10/2014 and 2/27/2014 respectively filed by TLI Communications LLC, Reset Briefing Schedule: re(7 in 1:13–cv–01922–GMS, 7 in 1:13–cv–01935–GMS, 6 in 1:13–cv–01926–GMS, 7 in 1:13–cv–01934–GMS, 7 in 1:13–cv–01928–GMS, 7 in 1:13–cv–01929–GMS, 8 in 1:13–cv–01931–GMS, 7 in 1:13–cv–01925–GMS, 7 in 1:13–cv–01932–GMS, 7 in 1:13–cv–01936–GMS, 7 in 1:13–cv–01933–GMS) MOTION for Joinder *in Motion to Dismiss*, (7 in 1:13–cv–01924–GMS) MOTION to Dismiss for Failure to State a Claim , (9 in |

| | | |
|---|---|---|
| | | 1:13−cv−01921−GMS) MOTION to Join in Google Inc.'s Motion to Dismiss , (9 in 1:13−cv−01927−GMS) MOTION for Joinder *In Google Inc.'s Motion to Dismiss*, (8 in 1:13−cv−01930−GMS) MOTION for Joinder *in Motion to Dismiss for Failure to State a Claim*, (9 in 1:13−cv−01923−GMS) MOTION for Joinder −− *Defendants Facebook Inc., Instagram, Inc., and Instagram, LLC's Notice of Joinder in Google Inc.'s Motion to Dismiss*. (Answering Brief due 2/10/2014., Reply Brief due 2/27/2014.). Ordered by Chief Judge Gregory M. Sleet on 2/7/2014. Associated Cases: 1:13−cv−01921−GMS et al.(asw) (Entered: 02/10/2014) |
| 02/10/2014 | Ï 12 | First AMENDED COMPLAINT against Photobucket.com Inc.− filed by TLI Communications LLC. (Attachments: # 1 Exhibit A)(Farnan, Brian) (Entered: 02/10/2014) |
| 02/27/2014 | Ï 13 | MOTION to Dismiss for Failure to State a Claim − filed by Photobucket.com Inc.. (Tennyson, Eleanor) (Entered: 02/27/2014) |
| 02/27/2014 | Ï 14 | OPENING BRIEF in Support re 13 MOTION to Dismiss for Failure to State a Claim filed by Photobucket.com Inc..Answering Brief/Response due date per Local Rules is 3/17/2014. (Attachments: # 1 Exhibit A)(Tennyson, Eleanor) (Entered: 02/27/2014) |
| 02/28/2014 | Ï 15 | MOTION for Pro Hac Vice Appearance of Attorney Benjamin N. Simler − filed by Photobucket.com Inc.. (Murphy, Regina) (Entered: 02/28/2014) |
| 03/04/2014 | Ï 16 | MOTION for Pro Hac Vice Appearance of Attorney Mark S. Raskin and Robert A. Whitman − filed by TLI Communications LLC. (Farnan, Brian) (Entered: 03/04/2014) |
| 03/10/2014 | Ï | SO ORDERED, re 16 MOTION for Pro Hac Vice Appearance of Attorney Mark S. Raskin and Robert A. Whitman filed by TLI Communications LLC, 15 MOTION for Pro Hac Vice Appearance of Attorney Benjamin N. Simler filed by Photobucket.com Inc. Ordered by Chief Judge Gregory M. Sleet on 3/10/2014. (asw) (Entered: 03/10/2014) |
| 03/11/2014 | Ï | Pro Hac Vice Attorney Benjamin N. Simler for Photobucket.com Inc. added for electronic noticing. (dmp, ) (Entered: 03/11/2014) |
| 03/17/2014 | Ï 17 | ANSWERING BRIEF in Opposition re 9 MOTION for Joinder *In Google Inc.'s Motion to Dismiss* filed by TLI Communications LLC.Reply Brief due date per Local Rules is 3/27/2014. (Farnan, Brian) (Entered: 03/17/2014) |
| 03/27/2014 | Ï 18 | REPLY BRIEF re 13 MOTION to Dismiss for Failure to State a Claim filed by Photobucket.com Inc.. (Tennyson, Eleanor) (Entered: 03/27/2014) |
| 05/27/2014 | Ï 19 | MOTION to Transfer Case to Northern District of California − filed by Photobucket.com Inc.. (Blumenfeld, Jack) (Entered: 05/27/2014) |
| 05/27/2014 | Ï 20 | OPENING BRIEF in Support re 19 MOTION to Transfer Case to Northern District of California filed by Photobucket.com Inc..Answering Brief/Response due date per Local Rules is 6/13/2014. (Blumenfeld, Jack) (Entered: 05/27/2014) |
| 05/27/2014 | Ï 21 | DECLARATION re 19 MOTION to Transfer Case to Northern District of California, 20 Opening Brief in Support −− *Declaration of Zac Cox* −− by Photobucket.com Inc.. (Attachments: # 1 Exhibits A−Q Part 1, # 2 Exhibits A−Q Part 2, # 3 Exhibits A−Q Part 3, # 4 Exhibits A−Q Part 4)(Blumenfeld, Jack) (Entered: 05/27/2014) |
| 05/27/2014 | Ï 22 | DECLARATION re 19 MOTION to Transfer Case to Northern District of California, 20 Opening Brief in Support −− *Declaration of Cory Louie* −− by Photobucket.com Inc.. (Blumenfeld, Jack) (Entered: 05/27/2014) |
| 05/27/2014 | Ï 23 | DECLARATION re 19 MOTION to Transfer Case to Northern District of California, 20 Opening Brief in Support −− *Declaration of Matt Strader* by Photobucket.com Inc.. (Blumenfeld, Jack) (Entered: 05/27/2014) |

| | | |
|---|---|---|
| 05/27/2014 | Ï 24 | DECLARATION re 19 MOTION to Transfer Case to Northern District of California, 20 Opening Brief in Support –– *Declaration of Matt Pullam* –– by Photobucket.com Inc.. (Blumenfeld, Jack) (Entered: 05/27/2014) |
| 05/27/2014 | Ï 25 | DECLARATION re 19 MOTION to Transfer Case to Northern District of California, 20 Opening Brief in Support –– *Declaration of Steve Leech* by Photobucket.com Inc.. (Blumenfeld, Jack) (Entered: 05/27/2014) |
| 05/27/2014 | Ï 26 | DECLARATION re 19 MOTION to Transfer Case to Northern District of California, 20 Opening Brief in Support –– *Declaration of Christopher MacAskill* by Photobucket.com Inc.. (Blumenfeld, Jack) (Entered: 05/27/2014) |
| 05/27/2014 | Ï 27 | DECLARATION re 19 MOTION to Transfer Case to Northern District of California, 20 Opening Brief in Support –– *Declaration of Micah Schaffer* by Photobucket.com Inc.. (Blumenfeld, Jack) (Entered: 05/27/2014) |
| 05/27/2014 | Ï 28 | DECLARATION re 19 MOTION to Transfer Case to Northern District of California, 20 Opening Brief in Support –– *Declaration of Sanjay Vakil* by Photobucket.com Inc.. (Blumenfeld, Jack) (Entered: 05/27/2014) |
| 05/27/2014 | Ï 29 | DECLARATION re 19 MOTION to Transfer Case to Northern District of California, 20 Opening Brief in Support –– *Declaration of Keela Robinson* by Photobucket.com Inc.. (Blumenfeld, Jack) (Entered: 05/27/2014) |
| 05/27/2014 | Ï 30 | DECLARATION re 19 MOTION to Transfer Case to Northern District of California, 20 Opening Brief in Support –– *Declaration of Michael A. Cheah* by Photobucket.com Inc.. (Blumenfeld, Jack) (Entered: 05/27/2014) |
| 05/27/2014 | Ï 31 | DECLARATION re 19 MOTION to Transfer Case to Northern District of California, 20 Opening Brief in Support –– *Declaration of Ranah Edelin* by Photobucket.com Inc.. (Blumenfeld, Jack) (Entered: 05/27/2014) |
| 05/27/2014 | Ï 32 | DECLARATION re 19 MOTION to Transfer Case to Northern District of California, 20 Opening Brief in Support –– *Declaration of Eric Singley* –– by Photobucket.com Inc.. (Blumenfeld, Jack) (Entered: 05/27/2014) |
| 06/13/2014 | Ï 33 | STIPULATION TO EXTEND TIME for Plaintiff to file Its Opposition to Defendants' Motion to Transfer to 6/27/2014 – filed by TLI Communications LLC. (Farnan, Brian) (Entered: 06/13/2014) |
| 06/25/2014 | Ï 34 | TRANSFER ORDER (certified copy) from the U.S. District Court of the Eastern District of Virginia. Signed by John Heyburn II, Chairman of the Panel on Multidistrict Litigation on 6/25/2014. Associated Cases: 1:13−cv−01922−GMS et al.(asw) (Entered: 06/25/2014) |
| 06/25/2014 | Ï | Case transferred electronically to the U.S. District Court for the Eastern District of Virginia. Associated Cases: 1:13−cv−01922−GMS et al.(asw) (Entered: 06/25/2014) |